UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: STEVE E NELSON § Case No.: 10-57492
SARAH J NELSON §

Debtor(s)

---

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/30/2010.

2) This case was confirmed on 03/28/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/19/2011.

5) The case was dismissed on 09/12/2011.

6) Number of months from filing to the last payment: 5

7) Number of months case was pending: 12

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 10,800.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 752.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 752.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 51.89 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 51.89 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| T-MOBILE/T-MOBILE US | UNSECURED | 422.00 | 422.04 | 422.04 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 848.00 | 447.81 | 447.81 | .00 | .00 |
| ILLINOIS TITLE LOANS | SECURED | 3,500.00 | .00 | 3,500.00 | 672.89 | 27.22 |
| DIRECTV | UNSECURED | 302.00 | NA | NA | .00 | .00 |
| ELMHURST EMERGENCY M | UNSECURED | 240.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 538.00 | 547.10 | 547.10 | .00 | .00 |
| CASHNET USA | UNSECURED | .00 | NA | NA | .00 | .00 |
| COMED RESIDENTIAL | UNSECURED | 242.00 | NA | NA | .00 | .00 |
| CORTRUST BANK | UNSECURED | 491.00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | 1,200.00 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 2,107.00 | 5,861.06 | 5,861.06 | .00 | .00 |
| SALLIE MAE TRUST | UNSECURED | 1,346.00 | .00 | .00 | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | 675.00 | NA | NA | .00 | .00 |
| CONSUMER PORTFOLIO S | UNSECURED | 11,461.00 | 11,461.54 | 11,461.54 | .00 | .00 |
| COMCAST | UNSECURED | 482.00 | NA | NA | .00 | .00 |
| COMCAST CHICAGO | UNSECURED | 482.00 | NA | NA | .00 | .00 |
| SALLIE MAE INC | UNSECURED | 2,145.00 | 3,465.04 | 3,465.04 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 339.00 | 379.07 | 379.07 | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 503.00 | 881.13 | 881.13 | .00 | .00 |
| INDIAN TRAIL APARTME | UNSECURED | 4,205.00 | NA | NA | .00 | .00 |
| INDIAN TRAILS APTS | UNSECURED | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 758.00 | 758.40 | 758.40 | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | 80.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MIDLAND CREDIT MANAG | UNSECURED | 1,375.00 | 1,375.43 | 1,375.43 | .00 | .00 |
| NICOR GAS | UNSECURED | 19.00 | NA | NA | .00 | .00 |
| ADDISON POLICE DEPAR | UNSECURED | 255.00 | NA | NA | .00 | .00 |
| PATHOLOGY CONSULTAN | UNSECURED | 242.00 | NA | NA | .00 | .00 |
| ELMHURST RADIOLOGIST | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| PATHOLOGY CONSULTAN | UNSECURED | 76.00 | NA | NA | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | 453.00 | NA | NA | .00 | .00 |
| GAMEFLY INC | UNSECURED | 99.00 | NA | NA | .00 | .00 |
| VILLAGE OF STONE PAR | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 878.06 | NA | NA | .00 | .00 |
| VILLAGE OF STONE PAR | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF STONE PAR | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | 69.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 643.73 | NA | NA | .00 | .00 |
| SALLIE MAE ECFC | UNSECURED | NA | .00 | .00 | .00 | .00 |
| SALLIE MAE/DEPT OF E | UNSECURED | NA | 2,190.66 | 2,190.66 | .00 | .00 |
| SALLIE MAE/DEPT OF E | UNSECURED | NA | .00 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 3,500.00 | 672.89 | 27.22 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 3,500.00 | 672.89 | 27.22 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 27,789.28 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 51.89 |
| Disbursements to Creditors | $ | 700.11 |
| **TOTAL DISBURSEMENTS:** | $ | 752.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   12/29/2011            /s/ Tom Vaughn
                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**